■ ROBERT M. URSO, Plaintiff, v SAM PANISH et al., Defendants. (Action No. 1.) IRA RUBINSKY, Plaintiff, v SAM PANISH et al., Defendants. (Action No. 2.) DAWN LORI et al., Respondents, v SAMUEL PANISH, Appellant, et al., Defendant. (Action No. 3.) (And Other Actions.) — Appeals from (1) an order of the Supreme Court, Queens County (Giaccio, J.), dated April 6, 1982, which granted the respondents' motion for leave to enter a judgment against appellant in the principal sum of $9,000, pursuant to a stipulation of settlement, and (2) a judgment of the same court dated April 26, 1982, which was entered thereon. Appeal from the order dismissed, without costs or disbursements (see *Matter of Aho,* 39 NY2d 241, 248). Judgment reversed, on the law, without costs or disbursements, and respondents' motion denied, without prejudice to the institution of a plenary action, if respondents be so advised. A motion must

be addressed to a pending action (*Adams v George I. Cantrello, Inc.*, 29 AD2d 559). The actions commenced by the respondents were terminated by a stipulation of discontinuance, dated February 26, 1981. Consequently, their sole remedy is to bring a plenary action to enforce the terms of the stipulation settling said actions (see *Teitelbaum Holdings v Gold*, 48 NY2d 51; *Yonkers Fur Dressing Co. v Royal Ins. Co.*, 247 NY 435; *Sanchez v Brendza*, 62 AD2d 953; *American Progressive Health Ins. Co. of N. Y. v Chartier*, 6 AD2d 579; 2A Weinstein-Korn-Miller, NY Civ Prac, par 2104:06). Bracken, J. P., Brown, Rubin and Boyers, JJ., concur.